UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

December 11, 2020

MEMORANDUM TO COUNSEL RE:   Nurse v. Monterey Financial Services, LLC
Civil Action No. GLR-20-3093

Dear Counsel:

Today the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

Plaintiff Shenel Nurse shall notify the Court regarding whether there is unanimous consent to transfer the case to a United States Magistrate Judge ("USMJ") for all further proceedings by 5:00 p.m. on Wednesday, December 16, 2020.

On December 10, 2020, Defendant Monterey Financial Services, LLC ("Monterey"), filed a Motion to Dismiss and to Compel Arbitration or, in the Alternative, for Judgment on the Pleadings. (ECF No. 10). During today's call, Monterey sought a stay of discovery from the Court pending the resolution of that Motion. Having heard Monterey's arguments in favor of a stay and Nurse's opposition thereto, the Court hereby DENIES Monterey's request for a stay of discovery.

The parties do not request any changes to the Court's Scheduling Order (ECF No. 7-1). The parties will not defer expert discovery until after dispositive motions are resolved. The parties further agree that the currently allocated fifteen deposition hours per side for fact witnesses are sufficient.

The Court will refer this case to a USMJ for a mediation to be scheduled no earlier than April 12, 2021. The parties shall submit a joint status report within seven days of the mediation informing the Court of whether the mediation was successful. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven days of the mediation again answering the seven points and including a joint proposed scheduling order.

Despite the informal nature of this memorandum, it shall constitute an order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge