# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Shenel Nurse | * |
| Plaintiff(s) | * |
| vs. | * Case No.: 1:20−cv−03093−JMC |
| Monterey Financial Services, LLC | * |
| Defendant(s) | * |

## ORDER REGARDING REFERRAL BY CONSENT OF THE PARTIES

The above case has been referred to the Honorable J. Mark Coulson with the consent of the parties for all proceedings including entry of a final judgment. If you have not already done so, within fourteen days you must file a General Consent To Proceed Before a United States Magistrate Judge.

This form is located at
http://www.mdd.uscourts.gov/sites/mdd/files/forms/ConsentMagistrateJudge.pdf

Date: December 17, 2020                                  _____/s/_____
                                                         The Honorable George L. Russell
                                                         United States District Judge